C. R. Barclay, Trustee
P. O. Box 26099
Santa Ana, CA 92799
Telephone: (714) 415-4040
Email: barclay7trustee@lecg.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

| | |
|---|---|
| In re ) | Case No. 6:08-bk-22962 PC |
| ) | Chapter 7 |
| SIDNEY RICHES III & ) | |
| ANNEMARIEKE RICHES, ) | |
| ) | **NOTICE OF UNCLAIMED** |
| ) | **DIVIDENDS** |
| ) | **3011** |
| Debtors. ) | |
| ) | |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 13 in the sum of $58.41 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: March 16, 2010

/s/ C.R. Barclay
_____
C. R. BARCLAY
Chapter 7 Trustee

-1-

## ATTACHMENT NO. 2

## LISTING OF DIVIDEND PAYMENTS
### (EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID:    Notice of Unclaimed Dividends - 3011

PERCENTAGE PAID ON CLAIM:    57.22543%

AMOUNT/BALANCE TO DISTRIBUTE:    $58.41

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| 000009 | AFNI/VERIZON<br>404 BROCK DR<br>BLOOMINGTON, IL 61701 | $102.07 | 0.00 | 58.41 |
| | **TOTALS:** | **$102.07** | **$0.00** | **$58.41** |
| | **CASE NUMBER:** | **6:08-bk-22962 PC** | | |
| | **CASE NAME:** | **RICHES, SIDNEY A.** | | |

| In re<br>SIDNEY A. RICHES III<br>ANNEMARIEKE RICHES<br>Debtor(s). | CHAPTER 7<br><br>CASE NO.: 6:08-22962-PC |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

P. O. Box 26099, Santa Ana, CA  92799

The foregoing document described **NOTICE OF UNCLAIMED DIVIDENDS 3011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 17, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

Alec L Harshey     alecharshey@verizon.net
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On March 17, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Judge: Hon. Peter H. Carroll, U.S. Bankruptcy Court, 3420 Twelfth Street, Suite 365, Riverside, CA  92501
Financial Services, United States Bankruptcy Court, 255 E. Temple Street, Room 1067, Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 17, 2010 | Diana Talpos | /s/ Diana Talpos |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 9013-3.1